

| | | | |
|---|---|---|---|
| Com. v. Weidow . . . . . . . . . . . . . . . . . . . . . | 586 WDA 2015<br>Affirmed | 06/29/2016 | CP–24–CR–0000393–<br>2012<br>(Elk) |
| Com. v. Holder . . . . . . . . . . . . . . . . . . . . | 1401 WDA 2015<br>Affirmed | 06/29/2016 | CP–25–CR–0002936–<br>2014<br>(Erie) |
| Com. v. McCluskey . . . . . . . . . . . . . . . . . | 1518 WDA 2015<br>Remanded<br>Jurisdiction<br>Retained | 06/29/2016 | CP–03–CR–0000650–<br>2014<br>(Armstrong) |
| Com. v. Martin . . . . . . . . . . . . . . . . . . . . | 1659 WDA 2015<br>Affirmed | 06/29/2016 | CP–24–CR–0000140–<br>2013<br>(Elk) |
| Com. v. Mitchell . . . . . . . . . . . . . . . . . . . | 1790 WDA 2015<br>Affirmed | 06/29/2016 | CP–26–CR–0001427–<br>1999<br>(Fayette) |
| Com. v. Gessner [29] . . . . . . . . . . . . . . . . . | 1965 WDA 2015<br>Affirmed | 06/29/2016 | CP–20–CR–0000202–<br>2013<br>(Crawford) |
| In re A.S. . . . . . . . . . . . . . . . . . . . . . . . . . | 795 EDA 2015<br>Vacated | 06/30/2016 | CP–51–JV–0000215–<br>2015<br>(Philadelphia) |
| In the Interest of: N.M.P. . . . . . . . . . . . . | 3657 EDA 2015<br>Affirmed | 06/30/2016 | CP–51–AP–0000257–<br>2015<br>CP–51–DP–0002517–<br>2013<br>(Philadelphia) |
| Com. v. Schubert . . . . . . . . . . . . . . . . . . . | 1643 MDA 2015<br>Affirmed | 06/30/2016 | CP–21–CR–0002779–<br>2012<br>(Cumberland) |
| Helena Chemical Co. v. Beiler . . . . . . . . . | 2057 MDA 2015<br>Affirmed,<br>Reversed and<br>Remanded | 06/30/2016 | 2014–0446<br>(Union) |
| Com. v. Dove . . . . . . . . . . . . . . . . . . . . . . . | 2224 MDA 2015<br>Affirmed | 06/30/2016 | CP–38–CR–0001661–<br>2014<br>(Lebanon) |
| In re Adoption of T.S.G. . . . . . . . . . . . . . . | 2248 MDA 2015<br>Affirmed | 06/30/2016 | 2015–0105<br>(York) |
| In the Interest of: T.S.G. . . . . . . . . . . . . . . | 2249 MDA 2015<br>Affirmed | 06/30/2016 | CP–67–CP–0000131–<br>2014<br>(York) |
| Com. v. Thomas . . . . . . . . . . . . . . . . . . . . . | 87 MDA 2016<br>Affirmed | 06/30/2016 | CP–36–CR–0001553–<br>1984<br>(Lancaster) |
| Com. v. Morales . . . . . . . . . . . . . . . . . . . . | 188 MDA 2016<br>Affirmed | 06/30/2016 | CP–06–CR–0001032–<br>2013<br>CP–06–CR–0003684–<br>2009<br>(Berks) |

**29.** Petition for reargument denied August 01, 2016.